UNITED STATES BANRUPTCY COURT
SOUTHER DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 09-12547-BP |
| MILLER, ROBERT WILLIAM | : | Chapter 7 |
| MILLER, SALLY RENEE | : | |
| Debtor(s) | : | Judge Perlman |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

      The attached check in the amount of $2,197.00 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| U. S. Treasury<br>c/o U. S. Attorney General<br>100 East Fifth Street, Rm. #130<br>Cincinnati, OH 45202 | 11 | 2,197.00 |

Dated: September 23, 2010     /s/ Thomas J. Geygan, Sr.
                                                  THOMAS J. GEYGAN, SR., TRUSTEE

cc: U.S. Trustee

Unclaimed Dividend

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**1019**

THOMAS J. GEYGAN, SR., Trustee
8050 Hosbrook Rd.,
Ste 107
Cincinnati, OH 45236

32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 09/23/10 | ******2,197.00 |

**2438123**

PAY TO THE ORDER OF

U. S. Bankruptcy Court
221 E. Fourth Street, Suite 800
Cincinnati, OH 45202

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 09-12547 | BP | Debtor: MILLER, ROBERT WILLIAM |
| | | Joint Debtor: MILLER, SALLY RENEE |

*Two Thousand One Hundred Ninety Seven Dollars And 00/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑂⃝001019⑂⃝ ⑂:111000012⑂: 4437200 ⑂⃝